**MORRISON | FOERSTER**

12531 HIGH BLUFF DRIVE
SAN DIEGO, CALIFORNIA
92130-2040

TELEPHONE: 858.720.5100
FACSIMILE: 858.720.5125

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

November 23, 2010

Writer's Direct Contact
858.720.7990
EAdler@mofo.com

Hon. Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California - San Francisco Division
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, CA 94102

Re: *Taylor v. Honeywell International, Inc.*
Case No. 10-cv-04659 SBA (JCS)

Dear Judge Spero:

By this letter, I request permission to appear telephonically on behalf of Honeywell International Inc. ("Honeywell") for the hearing on Honeywell's motion to compel the videotaped deposition of Albert Langelaar in *Taylor v. Honeywell International, Inc.*, Case No. 10-cv-04659 SBA (JCS), on calendar for December 3, 2010 at 9:30 a.m. A telephonic appearance will save attorney time and travel costs because my office is located in San Diego.

If the request is granted, I will appear for Honeywell and be available on a direct land line number, 858-720-7990. I understand that I will need to be in my office on standby from 9:30 a.m. until the Court calls me to connect me to the hearing. I also understand that I am not to use speaker phone during the telephonic court appearance.

Should any other party to the motion to compel hearing make a similar request for a telephonic appearance, my office will provide a conference call line for all parties and the Court to dial into.

Respectfully,

*Ellen Adler*

Ellen Nudelman Adler

Dated: Nov. 24, 2010

IT IS SO ORDERED
Judge Joseph C. Spero

sd-539379