UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK LEE TAYLOR and PAMELA TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC., and DOES 1-100,<br><br>Defendants. | Case No. 10-cv-04659 SBA<br><br>Related to Case No. 10-cv-01920 SBA<br><br>**ORDER GRANTING EX PARTE MOTION FOR HEARING DATE ON OR BEFORE JANUARY 24, 2012 ON DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Saundra B. Armstrong |

Good cause showing, to comply with the current pretrial schedule for this case, while providing sufficient notice to the parties, defendant Honeywell International Inc.'s Motion for Summary Judgment shall be heard on January 24, 2012 at 1:00 p.m.

IT IS ORDERED.

Dated: 10/17/11

*Saundra B. Armstrong*
Honorable Saundra B. Armstrong
U.S. District Judge