1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MARK LEE TAYLOR and PAMELA TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC., and DOES 1-100,<br><br>Defendants. | Case No. 10-cv-04659 SBA<br><br>Related to Case No. 10-cv-01920 SBA<br><br>**ORDER GRANTING EX PARTE MOTION FOR HEARING DATE ON OR BEFORE JANUARY 24, 2012 ON DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Saundra B. Armstrong |
|---|---|

[PROPOSED] ORDER EX PARTE MOTION FOR JANUARY 24, 2012 HEARING DATE ON MOTION FOR SUMMARY JUDGMENT

sd-570604

1

2    Good cause showing, to comply with the current pretrial schedule for this case, while

3 providing sufficient notice to the parties, defendant Honeywell International Inc.'s Motion for

4 Summary Judgment shall be heard on January 24, 2012 at 1:00 p.m.

5    IT IS ORDERED.

6

7 Dated:  10/17/11                              *Saundra B. Armstrong*
                                                Honorable Saundra B. Armstrong
8                                               U.S. District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER EX PARTE MOTION FOR HEARING DATE ON OR BEFORE JANUARY 24, 2012  MOTION FOR SJ

sd-570604