1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                     OAKLAND DIVISION

| 11 | MARK LEE TAYLOR and PAMELA TAYLOR, | Case No. 10-cv-04659 SBA |
|----|---|---|
| 12 | Plaintiffs, | Consolidated with |
| 13 | v. | Case No. 10-cv-01920 SBA |
| 14 | HONEYWELL INTERNATIONAL, INC., and DOES 1-100, | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |
| 15 | | |
| 16 | Defendants. | |
| 17 | | Hon. Saundra B. Armstrong |
| 18 | MARK LEE TAYLOR and PAMELA TAYLOR, | |
| 19 | Plaintiffs, | |
| 20 | v. | |
| 21 | JEPPESEN DATAPLAN, INC., JEPPESEN SANDERSON, INC. and DOES 1-100, | |
| 22 | | |
| 23 | Defendants. | |

24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL
CASE NO. 10-CV-04659 SBA
SD-572900

1  On October 26, 2011, plaintiffs Mark and Pamela Taylor ("Plaintiffs") filed an
2  Administrative Motion to File Under Seal Designated Deposition Testimony Related to Plaintiffs'
3  Opposition to Defendant Honeywell International Inc.'s ("Honeywell") Motion for Summary
4  Judgment.

5  On November 2, 2011, Honeywell filed the Declaration of William D. Janicki in support of
6  Plaintiffs' Administrative Motion with regard to Exhibits 5 and 6.

7  Having reviewed Plaintiffs' Administrative Motion and the Declaration of William D.
8  Janicki in Support thereof, this Court finds good cause to seal Exhibits 5 and 6 of Plaintiffs'
9  Opposition to Honeywell's Motion for Summary Judgment.

10  IT IS HEREBY ORDERED THAT:

11  Any redacted or unredacted versions of Plaintiffs' Exhibits 5 and 6 in opposition to
12  Honeywell's Motion for Summary Judgment, and currently lodged with the Court, shall be filed
13  under seal and shall not become part of the public record.

14
15  Dated:  11/3/11                                    *Saundra B. Armstrong*
                                                       U.S. District Court Judge