1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| MARK LEE TAYLOR and PAMELA TAYLOR, | Case No. 10-cv-04659 SBA |
|---|---|
| Plaintiffs, | Consolidated with<br>Case No. 10-cv-01920 SBA |
| v. | **ORDER GRANTING**<br>**ADMINISTRATIVE JOINT MOTION**<br>**TO VACATE FEBRUARY 10, 2012**<br>**MEDIATION DEADLINE** |
| HONEYWELL INTERNATIONAL INC., and DOES 1-100, | |
| Defendants. | |
| | Hon. Saundra B. Armstrong |
| MARK LEE TAYLOR and PAMELA TAYLOR, | |
| Plaintiffs, | |
| v. | |
| JEPPESEN DATAPLAN, INC., JEPPESEN SANDERSON, INC. and DOES 1-100, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING ADMIN. JOINT MOTION TO VACATE FEBRUARY 10, 2012 MEDIATION DEADLINE
Case No. 10-cv-04659 SBA
sd-573378

On February 23, 2011, the Court issued an Order for Pretrial Preparation ordering the parties to participate in a mandatory settlement conference between January 25 and February 10, 2012, before a magistrate judge. (Dkt. 35 at 2.)  On January 12, 2012, the Court vacated the Order requiring the parties to appear before a magistrate judge, because the parties have arranged to participate in private mediation with the Honorable Russell Bostrom, Judicate West, One Market Spear Tower, Suite 3600, San Francisco, California, 94105.  (Dkt. 60.)

The first possible mutually agreeable date for that private mediation, however, was not until February 27, 2012.  Therefore, plaintiffs Mark and Pamela Taylor, jointly with defendant Honeywell International Inc., requested that the Court vacate the February 10, 2012 deadline.

IT IS HEREBY ORDERED THAT:

The administrative joint order is GRANTED, and the mediation deadline of February 10, 2012 is VACATED.  It is now ordered that the mediation shall be conducted by March 1, 2012.

Dated:  1/26/12

*Sandra B. Armstrong*
U.S. District Court Judge

sf-573378
[PROPOSED] ORDER GRANTING ADMIN. JOINT MOTION TO VACATE FEBRUARY 10, 2012 MEDIATION DEADLINE
Case No. 10-cv-04659 SBA

1