UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK LEE TAYLOR and PAMELA TAYLOR,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>HONEYWELL INTERNATIONAL, INC., and DOES 1-100,<br><br>　　　　Defendants. | Case No:  C 10-04659 SBA<br><br>**JUDGMENT** |

　　　In accordance with the Court's Order granting Defendant's motion for summary judgment,

　　　IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant Honeywell International, Inc.

　　　IT IS SO ORDERED.

Dated:  9/28/12

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge