WILLIAM L. VEEN, NO. 043150
KEVIN LANCASTER, NO. 124753
CRAIG M. PETERS, NO. 184018
KIMBERLY A. WONG, NO. 251193
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
KL.Team@veenfirm.com

ATTORNEYS FOR PLAINTIFFS
MARK LEE TAYLOR and PAMELA TAYLOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LEE TAYLOR and PAMELA TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.; JEPPESEN SANDERSON, INC.; and DOES 1-100,<br><br>Defendants. | CASE NO. 10-CV-04659-SBA<br>Consolidated for All Purposes with<br>10-CV-01920-SBA<br><br>**[PROPOSED] ORDER** |

Based on the STIPULATION OF COUNSEL REGARDING AMOUNT OF BOND ON APPEAL signed by both parties, IT IS HEREBY ORDERED:

In the above-captioned case of TAYLOR v. HONEYWELL INTERNATIONAL, INC.,

///

///

///

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel (415) 673-4800
www.veenfirm.com

-1-

[PROPOSED] ORDER

///

plaintiffs are permitted to post a bond in the amount of $43,261.62 in order to effectuate a stay of execution of the judgment for the Bill of Costs.

DATED: 2/21/13

*Saundra B. Armstrong*

Senior District Judge Saundra Brown Armstrong

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

[PROPOSED] ORDER -2-