1  WILLIAM L. VEEN, NO. 043150
   KEVIN LANCASTER, NO. 124753
2  CRAIG M. PETERS, NO. 184018
   KIMBERLY A. WONG, NO. 251193
3  THE VEEN FIRM, P.C.
   711 Van Ness Avenue, Suite 220
4  San Francisco, CA 94102
   P.O. Box 7296
5  San Francisco, CA  94120-7296
   Telephone: (415) 673-4800
6  Facsimile: (415) 771-5845
   KL.Team@veenfirm.com
7
   ATTORNEYS FOR PLAINTIFFS
8  MARK LEE TAYLOR and PAMELA TAYLOR

9

10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13

14  MARK LEE TAYLOR and PAMELA TAYLOR,    CASE NO. 10-CV-04659-SBA
                                          Consolidated for All Purposes with
15              Plaintiffs,               10-CV-01920-SBA

16        v.
                                          [PROPOSED] ORDER
17  HONEYWELL INTERNATIONAL, INC.;
    JEPPESEN SANDERSON, INC.; and DOES 1-
18  100,

19              Defendants.

20

21

22

23        Based on the STIPULATION OF COUNSEL REGARDING AMOUNT OF BOND ON

24  APPEAL signed by both parties, IT IS HEREBY ORDERED:

25        In the above-captioned case of TAYLOR v. HONEYWELL INTERNATIONAL, INC.,

26  ///

27  ///

28  ///

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel (415) 673-4800
www.veenfirm.com

[PROPOSED] ORDER

1      ///

2            plaintiffs are permitted to post a bond in the amount of $43,261.62 in order to effectuate a

3      stay of execution of the judgment for the Bill of Costs.

4

5

6            DATED:    2/21/13

7            _Saundra B. Armstrong_

8            Senior District Judge Saundra Brown Armstrong

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

[PROPOSED] ORDER