UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 20 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK LEE TAYLOR and PAMELA TAYLOR,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>HONEYWELL INTERNATIONAL, INC. and JEPPESEN SANDERSON, INC.,<br><br>        Defendants - Appellees. | No. 12-17507<br><br>D.C. No. 4:10-cv-04659-SBA<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

      The judgment of this Court, entered March 26, 2015, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      Costs are taxed against the appellee in the amount of $171.68.

                            FOR THE COURT:
                            Molly C. Dwyer
                            Clerk of Court

                            Craig Westbrooke
                            Deputy Clerk