# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MARK LEE TAYLOR and PAMELA TAYLOR,<br><br>      Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., et al.,<br><br>      Defendants. | Case No: C 10-4659 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within ninety (90) days of this order. All scheduled dates, including the trial and pretrial dates, are VACATED.

IT IS SO ORDERED.

Dated: August 13, 2015

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge